## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| RICHARD JENNINGS, on behalf of himself<br>And all others similarly situated,　　　　: | Civil Action No.: 1:11-CV-11488-WGY |
| 　　　　　　　　　　　　　　　　　　　: | |
| 　　　　　　　　　　　　　　　　　　　: | |
| 　　　　　　　　Plaintiff,　　　　　　: | |
| -against-　　　　　　　　　　　　　　: | |
| 　　　　　　　　　　　　　　　　　　　: | |
| REXALL SUNDOWN, INC.,　　　　　　　: | |
| 　　　　　　　　　　　　　　　　　　　: | |
| 　　　　　　　　Defendant.　　　　　　: | |
| 　　　　　　　　　　　　　　　　　　　: | |

## PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF
## CLASS ACTION SETTLEMENT

Plaintiff, Richard Jennings, respectfully moves the Court pursuant to Federal Rule of Civil

Procedure 23(e) for an Order of the Court granting preliminary approval of the class action settlement

reached with Defendant, Rexall Sundown, Inc., and as part of that preliminary approval, for

conditional certification of a class of claimants, appointment of his counsel as class counsel for the

class, and approval of the notice to be provided to the class members and the method of publication

of that notice.

## LOCAL RULE 7.1 CERTIFICATE

Plaintiff has conferred with counsel for Defendant, who has advised that Defendant opposes

this motion.

Dated:　　　　White Plains, New York
　　　　　　　January 9, 2013

　　　　　　　　　　　　　　　/s/ Peter N. Freiberg
　　　　　　　　　　　　　　　Jeffrey I. Carton (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　Peter N. Freiberg (Admitted *Pro Hac Vice*)
　　　　　　　　　　　　　　　James R. Denlea (Admitted *Pro* Hac Vice)
　　　　　　　　　　　　　　　DENLEA & CARTON LLP
　　　　　　　　　　　　　　　One North Broadway, Suite 509
　　　　　　　　　　　　　　　White Plains, New York 10601
　　　　　　　　　　　　　　　Telephone:　　(914) 920-7400
　　　　　　　　　　　　　　　Facsimile:　　(914) 761-1900

jcarton@denleacarton.com
pfreiberg@denleacarton.com
jdenlea@denleacarton.com
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to

the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will

be sent to those indicated as non-registered participants on today's date.

/s/ Peter N. Freiberg