**EXHIBIT A**

# CONFIDENTIAL AND INADMISSIBLE SETTLEMENT COMMUNICATION

## MEMORANDUM OF UNDERSTANDING

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

2

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

| ON BEHALF OF PLAINTIFF IN THE LITIGATION | ON BEHALF OF DEFENDANT |
|---|---|
| *Peter N Freiberg* | *Kara McCall* |
| D. Gregory Blankinship | Kara L. McCall |
| Jeffrey I. Carton | Michael W. Davis |
| Peter N. Freiberg | Theodore R. Scarborough |
| MEISELMAN, DENLEA, PACKMAN, CARTON & EBERZ P.C. | SIDLEY AUSTIN LLP |
| 1311 Mamaroneck Avenue | One South Dearborn Street |
| White Plains, New York 10605 | Chicago, Illinois 60603 |